UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANI GAGE,<br>Plaintiff,<br>v.<br>GLENDA NELSON, individually and as a Tribal Chairwoman, et al.,<br>Defendants. | No. 2:26-cv-3005 DJC AC PS<br><br>ORDER |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 17, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 4. Plaintiff has filed objections to the findings and recommendations. ECF No. 9.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 17, 2026, are adopted

in full;

2. Plaintiff's motion for a temporary restraining order (ECF No. 3) is DENIED and that this case is DISMISSED for lack of federal jurisdiction; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE